**Muhammed TILLISY, Appellant,**

v.

**Harley LAPPIN, Appellee.**

**No. 08–1410.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 5, 2009.

Filed: May 13, 2009.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

Muhammed Tillisy appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition challenging the Bureau of Prisons' denial of his request for compassionate release. We dismiss the appeal as moot, because Tillisy was released from custody on March 30, 2009. *See Calderon v. Moore,* 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996) (per curiam) (when event occurs during pendency of appeal that renders it impossible for court to grant appellant any effectual relief whatsoever, appeal should be dismissed as moot).

[1]. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magis-trate Judge for the Western District of Missouri.